FILED
AUG 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

AUSA KKD

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8709

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |
| Miguel Angel GARCIA, | |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about August 9, 2008, within the Southern District of California, defendant Miguel Angel GARCIA did knowingly and intentionally import approximately 8.62 kilograms (18.96 pounds) of methamphetamine a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
U.S. Immigration & Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 11TH DAY OF AUGUST 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Claudia E. Herzog, declare under penalty of perjury, the following is true and correct:

On August 9, 2008, Miguel Angel GARCIA entered the United States through the Calexico, California West Port of Entry. GARCIA was the registered owner, driver and sole occupant of a 2005 Toyota Camry, bearing CAUS license plate 5LRL130. During the inspection of the trunk of the vehicle, Customs and Border Protection Officer (CBPO) E. Stewart noticed the presence of fresh bondo and opted to escort the vehicle to secondary inspection.

In secondary inspection, CBPO Stewart noticed a discrepancy in the floor of the trunk. Canine Enforcement Officer (CEO) M. Price utilized his Human-Narcotic Detector Dog (HNDD) on the vehicle, which alerted and responded to the trunk of the vehicle. CEO Price asked GARCIA regarding the vehicle ownership. GARCIA stated that he purchased the vehicle in October of 2007. CEO Price asked GARCIA if he had any bodywork or paint work done to the vehicle since he purchased it and GARCIA replied "no, nothing at all." During a further inspection of the vehicle CBPO Stewart discovered several packages concealed within the tire well non-factory compartment in the trunk of the vehicle. CBPO Stewart probed one package, which produced a white crystal like substance that field-tested positive for the presence of methamphetamine. A total of 21 packages were removed from the vehicle with a net weight of approximately 8.62 kilograms (18.96 pounds) of methamphetamine.

GARCIA was processed and booked into the Imperial County Jail to await his initial appearance before a U.S. Magistrate Judge.

Executed on August 10, 2008 at 1235 hours.

*Claudia E. Herzog*
SPECIAL AGENT

1  One the basis of the facts presented in the probable cause statement consisting of 2 pages,
2  I find probable cause to believe that the defendant(s) named in this probable cause statement committed the
3  offense on August 9, 2008 in violation of Title 21, United States Code, Section(s) 952 & 960.

/s/ *[signature]*     8/10/2008 at 2:30 p.m.

United States Magistrate Judge     Date/Time

Re: Miguel Angel Garcia